THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JACQ NIENABER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OVERLAKE HOSPITAL MEDICAL CENTER,<br><br>Defendant. | No. 2:23-cv-01159-TL<br><br>**[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND CLASS ACTION COMPLAINT RESPONSE DEADLINE**<br><br>NOTE ON MOTION CALENDAR: SEPTEMBER 25, 2023<br><br>WITHOUT ORAL ARGUMENT |

THIS MATTER came before this Court upon the Parties' Stipulated Motion to Extend Class Action Complaint Response Deadline (the "Stipulation"). Having reviewed the Stipulation, being fully advised on the matter, and for good cause shown, IT IS HEREBY ORDERED that the Stipulation (Dkt. No. 15) is GRANTED.

//

//

//

//

[PROPOSED] ORDER GRANTING STIPULATED
MOTION TO EXTEND CLASS ACTION COMPLAINT
RESPONSE DEADLINE - 1
(2:23-CV-01159-TL)

It is FURTHER ORDERED that Defendant Overlake Hospital Medical Center's deadline to answer, move, or otherwise plead in response to Plaintiff's Complaint is RESET to **October 5, 2023**.

IT IS SO ORDERED.

DATED this 26th day of September, 2023.

Tana Lin
United States District Judge

[PROPOSED] ORDER GRANTING STIPULATED
MOTION TO EXTEND CLASS ACTION COMPLAINT
RESPONSE DEADLINE - 2
(2:23-CV-01159-TL)