THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JACQ NIENABER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OVERLAKE HOSPITAL MEDICAL CENTER,<br><br>Defendant. | No. 2:23-cv-01159-TL<br><br>**[PROPOSED] ORDER GRANTING STIPULATED MOTION SETTING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS**<br><br>NOTE ON MOTION CALENDAR: OCTOBER 11, 2023<br><br>WITHOUT ORAL ARGUMENT |

This matter came before this Court upon the Parties Stipulated Motion Setting Briefing Schedule on Defendant's Motion to Dismiss (the "Stipulation"). Having reviewed the Stipulation, being fully advised on the matter, and for good cause shown, it is hereby ORDERED that the Stipulation is GRANTED. It is further ORDERED that Plaintiff Jacq Nienaber's deadline to respond to Defendant's Motion to Dismiss (the "Motion") is November 6, 2023, Defendant Overlake

[PROPOSED] ORDER GRANTING STIPULATED MOTION SETTING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS - 1
(2:23-CV-01159-TL)

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4076
Telephone: (206) 332-1380

Hospital Medical Center's deadline to file a reply in support of its Motion is November 20, 2023, and the Motion is re-noted for consideration for November 20, 2023.

IT IS SO ORDERED.

Dated this 11th day of October, 2023.

_____
Tana Lin
United States District Judge

Presented by,

*s/ James R. Morrison*
James R. Morrison, WSBA No. 43043
Alexander Vitruk, WSBA No. 57337
Logan F. Peppin, WSBA No. 55704
BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4076
Phone: (206) 332-1380
E-mails: jmorrison@bakerlaw.com
         avitruk@bakerlaw.com
         lpeppin@bakerlaw.com

Paul G. Karlsgodt, WSBA No. 40311
Baker & Hostetler LLP
1801 California Street, Suite 4400
Denver, CO 80202
Tel: (303) 861-0600
Fax: (303) 861-7805
E-mail: pkarlsgodt@bakerlaw.com

[PROPOSED] ORDER GRANTING STIPULATED MOTION
SETTING BRIEFING SCHEDULE ON DEFENDANT'S
MOTION TO DISMISS - 2
(2:23-CV-01159-TL)

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4076
Telephone: (206) 332-1380