1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

11

JACQ NIENABER, on behalf of herself
and all others similarly situated,

12

Plaintiff,

13

v.

14

OVERLAKE HOSPITAL MEDICAL
CENTER,

15

Defendants.

16

CASE NO. 2:23-cv-01159-TL

ORDER SETTING CLASS
CERTIFICATION BRIEFING
SCHEDULE AND OTHER PRE-
TRIAL DEADLINES

17

Having reviewed the Parties' Joint Status Report and Discovery Plan (Dkt. No. 20)

18

including their request to defer setting a trial date, the Court hereby SETS the following case

19

schedule through class certification:

20

21

22

| Event | Date |
|---|---|
| Deadline for filing amended pleadings | 1/3/2024 |
| Deadline for joining additional parties | 5/2/2024 |
| Motion for Class Certification due | 9/16/2024 |
| Disclosure of expert testimony under FRCP 26(a)(2) due | 9/30/2024 |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) due | 10/30/2024 |
| All motions related to discovery must be filed by | 10/30/2024 |

| Opposition to Motion for Class Certification due | 11/18/2024 |
|---|---|
| Discovery completed by | 11/29/2024 |
| Reply in support of Motion for Class Certification due | 12/16/2024 |

All other dates are specified in the Local Civil Rules. With the exception of the deadlines described in Section III.A of Judge Lin's Standing Order for All Civil Cases, the dates set forth in this order are firm dates that can be changed only by order of the Court, not by agreement of counsel for the Parties. The Court will alter these dates only upon good cause shown. Failure to complete discovery within the time allowed is not recognized as good cause. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day.

### COOPERATION

As required by LCR 37(a), all discovery matters are to be resolved by agreement if possible. Counsel are also directed to cooperate in preparing the final pretrial order in the format required by LCR 16.1, except as ordered below.

### PRIVACY

Pursuant to LCR 5.2(a), Parties shall refrain from including, or shall partially redact where inclusion is necessary, the following personal data identifiers from all documents filed with the Court or used as exhibits in any hearing or at trial, unless otherwise ordered by the Court:

- Dates of Birth − redact to the year of birth, unless deceased.

- Names of Minor Children − redact to the initials, unless deceased or currently over the age of 18.

- Social Security or Taxpayer Identification Numbers − redact in their entirety.

- Financial Accounting Information − redact to the last four digits.

- Passport Numbers and Driver License Numbers − redact in their entirety.

Parties in social security appeals and immigration cases shall comply with LCR 5.2(c).

### SETTLEMENT

If this case settles, Counsel shall file a Notice of Settlement as soon as possible and in accordance with Judge Lin's Standing Order for All Civil Cases. Pursuant to LCR 11(b), an attorney who fails to give the Court prompt notice of settlement may be subject to such discipline as the Court deems appropriate.

Dated this 27th day of November 2023.

Tana Lin
United States District Judge