THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JACQ NIENABER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OVERLAKE HOSPITAL MEDICAL CENTER,<br><br>Defendant. | NO. 2:23-cv-01159-TL<br><br>**DEFENDANT OVERLAKE HOSPITAL MEDICAL CENTER'S NOTICE OF SUPPLEMENTAL AUTHORITY** |

**TO THE HONORABLE COURT, AND TO PLAINTIFF AND HER COUNSEL OF RECORD HEREIN:**

Pursuant to Local Civil Rule 7.1(n), Defendant Overlake Hospital Medical Center ("Overlake") submits this notice in connection with its Motion to Dismiss filed on October 5, 2023. *See* Dkt. 17. Overlake respectfully informs the Court of a February 29, 2024, decision issued by the United States District Court for the Central District of California granting Defendant's Motion to Dismiss Plaintiffs' Complaint, *B.K. et al., v. Eisenhower Medical Center, et al.*, EDCV 23-2092 JGB (KKx) (CACD), 2024 WL 878100 (C.D. Cal. Feb. 29, 2024). This decision is attached hereto as **Exhibit A**.

---

DEFENDANT OVERLAKE HOSPITAL MEDICAL
CENTER'S NOTICE OF SUPPLEMENTAL
AUTHORITY- 1
(2:23-CV-01159-TL)

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA  98104-4076
Telephone:  (206) 332-1380

1  DATED this 6th day of March 2024.

2
                                                    s/Alexander Vitruk
3                                                   Alexander Vitruk, WSBA No. 57337
                                                    Logan F. Peppin, WSBA No. 55704
4                                                   BAKER & HOSTETLER LLP
                                                    999 Third Avenue, Suite 3900
5                                                   Seattle, WA  98104-4076
                                                    Phone: (206) 332-1380
6                                                   E-mails: avitruk@bakerlaw.com
                                                             lpeppin@bakerlaw.com
7
                                                    Paul G. Karlsgodt, WSBA No. 40311
8                                                   Baker & Hostetler LLP
                                                    1801 California Street, Suite 4400
9                                                   Denver, CO 80202
                                                    Tel: (303) 861-0600
10                                                  Fax: (303) 861-7805
                                                    E-mail: pkarlsgodt@bakerlaw.com
11
                                                    *Attorneys for Defendant*
12
                                                    *I certify that this document contains 104 words, in*
13                                                  *compliance with the Local Civil Rules.*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Andrew A. Lemmon
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN PLLC
16212 Reitan Road NE
Bainbridge Island, WA 98110
E-mail: alemmon@milberg.com

Gary M. Klinger
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
E-mail: gklinger@milberg.com

*Attorneys for Plaintiffs and the Putative Class*

DATED: March 6, 2024

*s/ Pandy Savage McVay*
Pandy Savage McVay, Legal Assistant

DEFENDANT OVERLAKE HOSPITAL MEDICAL CENTER'S NOTICE OF SUPPLEMENTAL AUTHORITY- 3
(2:23-CV-1159-TL)

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4076
Telephone: (206) 332-1380