The Honorable Tana Lin

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| JACQ NIENABER,<br><br>*on behalf of herself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>OVERLAKE HOSPITAL MEDICAL CENTER,<br><br>Defendant. | Case No. 2:23-cv-01159-TL<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S MOTION TO FILE AMENDED COMPLAINT UNDER SEAL PURSUANT TO LOCAL RULE 5(G) AND TO FILE REDACTED VERSION ON PUBLIC DOCKET<br><br>NOTE ON MOTION CALENDAR:<br>June 21, 2024 |

Pursuant to Local Rule 5(g), Plaintiff moved to file her Amended Complaint under seal and to file a redacted version on the public docket. Having reviewed the Motion and any opposition thereto, the Court finds that the Motion presents compelling reasons to protect the confidentiality of Plaintiff's sensitive medical information. Plaintiff's Motion is hereby GRANTED. Plaintiff may file the Amended Complaint under seal with a redacted version available on the public docket.

Dated this 24th day of June, 2024

_____
Hon. Tana Lin.
United Stated District Judge
Western District of Washington