THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JACQ NIENABER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OVERLAKE HOSPITAL MEDICAL CENTER,<br><br>Defendant. | No. 2:23-cv-01159-TL<br><br>**STIPULATED NOTICE TO EXTEND AMENDED CLASS ACTION COMPLAINT RESPONSE DEADLINE** |

Pursuant to Judge Lin's Standing Order for All Civil Cases, the Parties have agreed to move the following deadline: Defendant's deadline to answer, move, or otherwise plead in response to Plaintiff's Amended Class Action Complaint from July 5, 2024 up to and including July 22, 2024. The Parties request that the Clerk reset the deadline as noticed.

//

//

//

//

//

//

//

STIPULATED NOTICE TO EXTEND AMENDED CLASS ACTION COMPLAINT RESPONSE DEADLINE - 1
(2:23-CV-01159-TL)

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA  98104-4076
Telephone:  (206) 332-1380

Dated this 28th day of June, 2024.

                                        *s/ Alexander Vitruk*
Alexander Vitruk, WSBA No. 57337
Logan F. Peppin, WSBA No. 55704
BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA  98104-4076
Phone: (206) 332-1380
E-mails: avitruk@bakerlaw.com
              lpeppin@bakerlaw.com

Paul G. Karlsgodt, WSBA No. 40311
Baker & Hostetler LLP
1801 California Street, Suite 4400
Denver, CO 80202
Tel: (303) 861-0600
Fax: (303) 861-7805
E-mail: pkarlsgodt@bakerlaw.com

*Attorneys for Defendant*


*s/ Andrew A. Lemmon*
Andrew A. Lemmon, WSBA #53034
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC
16212 Reitan Road NE
Bainbridge Island, WA 98110
Phone: (985) 783-6789
E-mail:  alemmon@milberg.com

Gary M. Klinger*
Alexandra M. Honeycutt*
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Phone: (866) 252-0878
E-mail:  gklinger@milberg.com

Terence R. Coates*
Jonathan T. Deters*
MARKOVITS, STOCK & DEMARCO, LLC
119 E. Court St., Ste. 530
Cincinnati, Ohio 4502
Phone: (513) 651-3700
Fax: (513) 665-0219
*tcoates@msdlegal.com*
*jdeters@msdlegal.com*

---

STIPULATED NOTICE TO EXTEND AMENDED CLASS ACTION COMPLAINT RESPONSE DEADLINE - 2
(2:23-CV-01159-TL)

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA  98104-4076
Telephone:  (206) 332-1380

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

Bryan L. Bleichner
Philip J. Krzeski
CHESTNUT CAMBRONNE PA
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Phone: (612) 339-7300
Fax: (612) 336-2940
*bbleichner@chestnutcambronne.com*
*pkrzeski@chestnutcambronne.com*

Joseph M. Lyon*
THE LYON LAW GROUP
2754 Erie Ave.
Cincinnati, Ohio 45208
Phone: (513) 381-2333
Fax: (513) 766-9011
*jlyon@thelyonfirm.com*

*Attorneys for Plaintiff and the Putative Class*

*I certify that this document contains 57 words, in compliance with the Local Civil Rules.*

---

STIPULATED NOTICE TO EXTEND AMENDED CLASS
ACTION COMPLAINT RESPONSE DEADLINE - 3
(2:23-CV-01159-TL)

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA  98104-4076
Telephone:  (206) 332-1380

# CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Andrew A. Lemmon
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC
16212 Reitan Road NE
Bainbridge Island, WA 98110
E-mail: alemmon@milberg.com

Gary M. Klinger
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
E-mail: gklinger@milberg.com

Terence R. Coates (pro hac vice)
Jonathan T. Deters (pro hac vice)
MARKOVITS, STOCK & DEMARCO, LLC
119 E. Court Street, Suite 530
Cincinnati, OH 45028
Phone: (513) 651-3700
Fax: (513) 665-0219
Email: tcoates@msdlegal.com
       dgould@msdlegal.com

Joseph M. Lyon*
THE LYON LAW GROUP
2754 Erie Ave.
Cincinnati, Ohio 45208
Phone: (513) 381-2333
Fax: (513) 766-9011
jlyon@thelyonfirm.com

Bryan L. Bleichner
Philip J. Krzeski
CHESTNUT CAMBRONNE PA
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Phone: (612) 339-7300
Fax: (612) 336-2940
bbleichner@chestnutcambronne.com
pkrzeski@chestnutcambronne.com

*Attorneys for Plaintiffs and the Putative Class*

DATED: June 28, 2024

                                         *s/Pandy Savage McVay*
                                         Pandy Savage McVay, Legal Assistant

STIPULATED NOTICE TO EXTEND AMENDED CLASS
ACTION COMPLAINT RESPONSE DEADLINE - 4
(2:23-CV-01159-TL)

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4076
Telephone: (206) 332-1380