THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JACQ NIENABER, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>OVERLAKE HOSPITAL MEDICAL CENTER,<br><br>    Defendant. | No. 2:23-cv-01159-TL<br><br>**[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE TO RESPOND TO AMENDED COMPLAINT**<br><br>NOTE ON MOTION CALENDAR: Friday, July 19, 2024<br><br>WITHOUT ORAL ARGUMENT |

THIS MATTER came before this Court upon the Parties' Stipulated Motion to Extend Deadline to Respond to Amended Complaint (the "Stipulation").

Having reviewed the Stipulation, being fully advised on the matter, and for good cause shown, IT IS HEREBY ORDERED that the Stipulation is GRANTED.  It is FURTHER

---

[PROPOSED] ORDER GRANTING STIPULATED
MOTION TO EXTEND CLASS ACTION COMPLAINT
RESPONSE DEADLINE - 1
(2:23-CV-01159-TL)

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA  98104-4076
Telephone:  (206) 332-1380

ORDERED that Defendant Overlake Hospital Medical Center's deadline to answer, move, or otherwise plead in response to Plaintiff's Amended Complaint is July 26, 2024.

IT IS SO ORDERED.

DATED this 19th day of July, 2024.

_____
THE HONORABLE TANA LIN

Presented by,

*s/ Alexander Vitruk*
Alexander Vitruk, WSBA No. 57337
Logan F. Peppin, WSBA No. 55704
BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA  98104-4076
Phone: (206) 332-1380
E-mails: jmorrison@bakerlaw.com
         avitruk@bakerlaw.com
         lpeppin@bakerlaw.com

Paul G. Karlsgodt, WSBA No. 40311
Baker & Hostetler LLP
1801 California Street, Suite 4400
Denver, CO 80202
Tel: (303) 861-0600
Fax: (303) 861-7805
E-mail: pkarlsgodt@bakerlaw.com

[~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION TO EXTEND CLASS ACTION COMPLAINT RESPONSE DEADLINE - 2
(2:23-CV-01159-TL)

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA  98104-4076
Telephone:  (206) 332-1380