THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| JACQ NIENABER,<br><br>*on behalf of herself and all others similarly situated*,<br><br>        Plaintiff,<br><br>  v.<br><br>OVERLAKE HOSPITAL MEDICAL CENTER,<br><br>        Defendant. | Case No. 2:23-cv-01159-TL<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION TO ALLOW PLAINTIFF TO FILE SECOND AMENDED COMPLAINT AND EXTEND DEFENDANT'S DEADLINE TO RESPOND<br><br>NOTE ON MOTION CALENDAR:<br>July 26, 2024<br><br>WITHOUT ORAL ARGUMENT |

  THIS MATTER came before this Court upon the Parties' Stipulated Motion to Allow Plaintiff to File Second Amended Complaint and Extend Defendant's Deadline to Respond (the "Stipulation"). Having reviewed the Stipulation, being fully advised on the matter, and for good cause shown, IT IS HEREBY ORDERED that the Stipulation is GRANTED. It is FURTHER ORDERED that Plaintiff Jacq Nienaber must file her Second Amended Complaint on or before

---

[~~PROPOSED~~] ORDER GRANTING PARTIES' STIPULATED MTN. TO ALLOW PLAINTIFF TO FILE SECOND AMENDED COMPLAINT AND EXTEND DEFENDANT'S DEADLINE TO RESPOND, Case No. 2:23-cv-01159-TL

1

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
16212 Reitan Road NE
Bainbridge Island, WA 98110
Phone: (985) 783-6789

August 2, 2024. Defendant Overlake Hospital Medical Center's deadline to answer, move, or otherwise plead in response to Plaintiff's Second Amended Complaint shall be September 2, 2024.

IT IS SO ORDERED.

DATED this 29th day of July, 2024.

_____
Tana Lin
United States District Judge

Presented by:

s/Terence R. Coates
Terence R. Coates (*pro hac vice*)

---

[PROPOSED] ORDER GRANTING PARTIES' STIPULATED MTN. TO ALLOW PLAINTIFF TO FILE SECOND AMENDED COMPLAINT AND EXTEND DEFENDANT'S DEADLINE TO RESPOND, Case No. 2:23-cv-01159-TL

2

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
16212 Reitan Road NE
Bainbridge Island, WA 98110
Phone: (985) 783-6789