THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JACQ NIENABER, on behalf of herself and all others similarly situated,

Plaintiff,

v.

OVERLAKE HOSPITAL MEDICAL CENTER,

Defendant.

No. 2:23-cv-01159-TL

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE TO RESPOND TO SECOND AMENDED COMPLAINT AND SET BRIEFING SCHEDULE

NOTE ON MOTION CALENDAR:
AUGUST 28, 2024

WITHOUT ORAL ARGUMENT

//

//

THIS MATTER came before this Court upon the Parties' Stipulated Motion to Extend Deadline to Respond to Second Amended Complaint and Set Briefing Schedule (the "Stipulation"). Having reviewed the Stipulation, being fully advised on the matter, and for good cause shown, IT IS HEREBY ORDERED that the Stipulation is GRANTED.  It is FURTHER ORDERED that Defendant Overlake Hospital Medical Center's deadline to file its Anticipated Motion to Dismiss

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE TO RESPOND TO SECOND AMENDED COMPLAINT AND SET BRIEFING SCHEDULE - 1
(2:23-CV-01159-TL)

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA  98104-4076
Telephone:  (206) 332-1380

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SEATTLE

Plaintiff's Amended Complaint is September 6, 2024, Plaintiff's deadline to file an opposition is October 2, 2024, and Defendant's deadline to file a reply is October 11, 2024.

IT IS SO ORDERED.

DATED this 29th day of August, 2024.

_____
THE HONORABLE TANA LIN

Presented by,

*s/ Alexander Vitruk*
Alexander Vitruk, WSBA No. 57337
Logan F. Peppin, WSBA No. 55704
BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA  98104-4076
Phone: (206) 332-1380
E-mails: avitruk@bakerlaw.com
         lpeppin@bakerlaw.com

Paul G. Karlsgodt, WSBA No. 40311
Baker & Hostetler LLP
1801 California Street, Suite 4400
Denver, CO 80202
Tel: (303) 861-0600
Fax: (303) 861-7805
E-mail: pkarlsgodt@bakerlaw.com

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE TO RESPOND TO SECOND AMENDED COMPLAINT AND SET BRIEFING SCHEDULE - 2
(2:23-CV-01159-TL)

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA  98104-4076
Telephone:  (206) 332-1380